INFORMATION SHEET

DEFENDANT:  ANTHONY ZAGHAB

YEAR OF BIRTH: 1969

ADDRESS: Centennial, CO

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSES:   Count 1:  18 U.S.C. § 1343, Wire Fraud

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:   Count 1: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:   Daniel MacDougall
United States Secret Service

AUTHORIZED BY:   Martha A. Paluch
Rebecca S. Weber
Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

THE GOVERNMENT will not seek detention in this case.

OCDETF case: NO