IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:21-cr-00188-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

**ANTHONY ZAGHAB,**

    Defendant.

_____

## ENTRY OF APPEARANCE
_____

John M. Richilano, of Richilano Shea LLC, hereby enters his appearance as counsel for Defendant Anthony Zaghab in the above-captioned matter.

Respectfully submitted this 17th day of June, 2021.

    *s/ John M. Richilano*
    John M. Richilano
    Richilano Shea LLC
    1800 15th Street, Suite 101
    Denver, CO 80202
    Telephone: (303) 893-8000
    Email: jmr@richilanoshea.com
    Attorney for Defendant Anthony Zaghab

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2021 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following email addresses:

Martha Paluch
Email: Martha.Paluch@usdoj.gov

Rebecca Weber
Email: Rebecca.Weber@usdoj.gov


                *s/ Crystal Hendry*
                Crystal Hendry