## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00188-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ANTHONY ZAGHAB,

        Defendant.

---

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL
---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

      DATED at Denver, Colorado this 12th day of October 2021.

                              MATTHEW T. KIRSCH
                              Acting United States Attorney

                              s/ *Laura B. Hurd*
                              Laura B. Hurd
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: 303-454-0100
                              Fax: 303-454-0405
                              Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Jasmine Zachariah
FSA Data Analyst
Office of the U.S. Attorney