IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00188-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY ZAGHAB,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

    The United States of America respectfully moves for an additional one-level reduction in defendant Anthony Zaghab's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and

//

//

//

//

//

//

1

timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

                              Respectfully submitted,

                              MATTHEW T. KIRSCH
                              Acting United States Attorney

                              By: *s/ Martha A. Paluch*
                              Martha A. Paluch
                              By: *s/ Rebecca S. Weber*
                              Rebecca S. Weber
                              Assistant United States Attorneys
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Fax: (303) 454-0409
                              E-mail: Martha.Paluch@usdoj.gov
                              E-mail: Rebecca.Weber@usdoj.gov
                              Attorneys for the United States

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on October 29, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

      /s *Martha A. Paluch*
Martha A. Paluch
Rebecca S. Weber
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov
Rebecca.weber@usdoj.gov