IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  21-cr-00188-RBJ | Date: December 15, 2021 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter:       N/A | Probation: Michelle Means |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA  **Plaintiff** | *Martha Paluch* <br> *Rebecca Weber* |
| v. | |
| 1. ANTHONY ZAGHAB  **Defendant** | *John Richilano* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    8:30 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [18] Restricted Document is **DENIED.**

[22] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED.**

**ORDERED:**   Defendant shall be **imprisoned** for **30 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

Forfeiture addressed.

**ORDERED:**   **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately, restitution in the total amount of **$708,141.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**   Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**  9:09 a.m.         Hearing concluded.         Total time:     00:39