IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-00188-RBJ-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY ZAGHAB

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, ANTHONY ZAGHAB, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Florence Satellite Prison Camp, 5880 Highway 67 South, Florence, Colorado 81226, on January 6, 2021, by 12:00 p.m., and will travel at his own expense.

    DATED at Denver, Colorado, this __23rd__ day of December, 2021.

                                        BY THE COURT:

                                        _____
                                        R. BROOKE JACKSON
                                        Senior United States District Judge