USPS TRACKING #
9590 9402 5927 0049 4430 05
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
United States
Postal Service
• Sender: Please print your name, address, and ZIP+4® in this box•
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN -3 2022
JEFFREY P. COLWELL
CLERK
Alfred A. Arraj Courthouse
Clerk's Office
901 19th Street Room A105
Denver, CO 80294-3589
Zaghab
21-cr-00188-RBJ



**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box ~~1227~~ 1243
Sterling, VA 20166-1243

9590 9402 5927 0049 4430 05

2. Article Number *(Transfer from service label)*

7008 1830 0000 4992 4566

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
12-27

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt